ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
(951) 826-8000  FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PAUL R MARTIN<br><br>LAURA L MARTIN<br><br>Debtor(s). | Case No. 6:11-bk-19805-MJ<br>Chapter 13<br><br>STIPULATION MODIFYING PLAN<br><br>No hearing required |

THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS.

1  The proposed modification of the Chapter 13 plan set forth at paragraph #2 below provides a fair and reasonable means of providing that the amount of the tax refunds pledged to the debtor's plan are submitted to the Trustee for distribution to creditors. The plan modification appears to have no adverse effect on any creditor, and in fact may benefit creditors by increasing the funds available to pay claims under the plan.

2.  THE PLAN IS MODIFIED AS FOLLOWS. The state and federal tax refunds for 2013 total $4,573.00. Debtor wishes to retain the refund. The plan base is increased by the sum of **$4,573.00**. The plan payment amount is **increased by $218.00** from $4,673.00 to $**4,891.00** commencing with the payment due July 2014.

Date: June 12, 2014

_____
ROD DANIELSON, Chapter 13 Trustee

Date: _____

_____
Debtor's attorney

Date: 6-12-2014

_____
Debtor(s)

**Signature of debtor(s) or of the attorney is acceptable. Review, sign and fax to Trustee at 951-826-8090